# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148466 & (47)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MARCUS DWANE MANNING, JR.,
        Defendant-Appellant.

SC: 148466
COA: 309876
Kent CC: 11-009886-FH

_____/

On order of the Court, the application for leave to appeal the November 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



h0519

Clerk